# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

137234

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENYE ANTOINE STONE,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 137234
COA: 278829
Washtenaw CC: 06-001704-FC

     On order of the Court, the application for leave to appeal the July 22, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008

_____
Clerk